**Electronically Filed
Supreme Court
SCWC-20-0000470
24-JAN-2022
10:26 AM
Dkt. 4 ODAC**

SCWC-20-0000470

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE OFFICE OF INFORMATION PRACTICES
OPINION LETTER NO. F19-04

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000470; CASE NO. 1SP191000157)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Appellant Department of Budget and Fiscal Services, City and County of Honolulu's Application for Writ of Certiorari filed on December 10, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

